# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARTY HEBERT

NO. 2021 KW 1378

**FEBRUARY 14, 2022**

---

In Re:    Marty Hebert, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 192,432.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

PMc
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT